# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00035-CV

**Christopher Jay King, Appellant**

**v.**

**Nicole Carter King, Appellee**

### FROM THE COUNTY COURT AT LAW OF BURNET COUNTY,
### NO. 23017, HONORABLE W. R. SAVAGE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Christopher Jay King filed his notice of appeal on January 23, 2007, and the appellate record was filed the same day. On July 31, 2007, the clerk of this Court sent appellant notice that his brief was overdue and that his appeal would be dismissed for want of prosecution if he did not respond to this Court by August 10, 2007. To date, appellant has not responded to this Court's notice. Accordingly, we dismiss the appeal for want of prosecution. Tex. R. App. P. 42.3(b), (c).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Pemberton

Dismissed for Want of Prosecution

Filed:   September 11, 2007